**2006–1182.   Cade v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of Alfred Cade. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1191.   Neely v. Kelly.**
In Habeas Corpus. On petition for writ of habeas corpus of Dennis Neely. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1205.   Everett v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of Damion Montclair Everett. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1988–0717.   State v. Tyler.**
Cuyahoga App. No. 51696. On motion to set execution date. Motion denied.

**1997–2204.   State v. Baston.**
Lucas App. No. L–95–087. On motion to set execution date. Motion denied.

**2002–1604.   State v. Jackson.**
Allen C.P. No. CR2002–0011. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.

**2003–1325.   State v. Hand.**
Delaware C.P. No. 02CRI–08–366. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.
    O'CONNOR, J., not participating.

**2005–2093.   O'Nesti v. DeBartolo Realty Corp.**
Mahoning App. No. 04 MA 170, 163 Ohio App.3d 609, 2005-Ohio-5056. On appellants' motion to strike a portion of appellees' second supplement to briefs, appellants' motion to strike appellees' merit brief, and appellants' motion to expedite consideration of appellants' motions to strike. Appellants' motions are denied.
    O'DONNELL and LANZINGER, JJ., would grant appellants' motion to strike a portion of appellees' second supplement.

**2005–2444.   AAP St. Marys Corp. v. Wilkins.**
Board of Tax Appeals, Nos. 2003–M–1100 and 2003–M–1101. On joint motion to vacate the decision and order of the Board of Tax Appeals and to remand the cause to the Tax Commissioner. Motion granted.

**2006–0168.   State ex rel. Carr v. Akron.**
In Mandamus. On answer of respondent. Alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X: The parties shall file any evidence they intend to present within 20 days of the date of this entry, relators shall file their brief within ten days of the filing of the evidence, respondent shall file its brief within 20 days after the filing of relators' brief, and relators may file a reply brief within seven days after the filing of respondent's brief.

**2006–0185.   State v. Siler.**
Ashland App. No. 02 COA 028, 164 Ohio App.3d 680, 2005-Ohio-6591. On motion to dismiss appeal as improvidently accepted. Motion denied.